## STOVER v. FULLEN.

From the Montgomery Circuit Court.

*R. B. F. Pierce*, for appellant.

*J. McCabe*, for appellee.

BIDDLE, J.—Suit to recover the balance of the proceeds arising upon the sale of certain railroad bonds, alleged to belong to the appellee, as surviving partner, etc., and sold by the appellant.

Answer, denial and payment. Trial, verdict and judgment for appellee.

The only question presented for our consideration is as to the sufficiency of the evidence to support the verdict.

We have carefully read the evidence in full consultation, and are of the opinion that the preponderance is with the verdict.

The judgment is affirmed, at the costs of the appellant.

---

## THE BOARD OF COMMISSIONERS OF MONROE COUNTY v. BELEW.

From the Monroe Circuit Court.

*J. W. Buskirk* and *H. C. Duncan*, for appellant.

*J. H. Louden* and *R. W. Miers*, for appellee.

HOWK, C. J.—The questions presented for our decision, in this case, are substantially the same as those which were considered and decided by this court, in the case of *The Board, etc., of Monroe County* v. *May, ante*, p. 562. Upon the authority of the case cited, this cause must be decided as that was decided.

The judgment is affirmed, at the appellant's costs.

---

## McDORMAN v. THE STATE.

From the Henry Circuit Court.

*J. Brown, D. W. Chambers* and *W. O. Barnard*, for appellant.

*T. W. Woollen*, Attorney General, and *J. M. Brown*, Prosecuting Attorney, for the State.

SCOTT, J.—This was a prosecution for desecrating the Sabbath. The questions are the same in this case as those decided in *Turner* v. *The State, ante*, p. 595; at the present term, and, for the reasons there given, the judgment in this case must be reversed.

Judgment reversed.